JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS PURDUE, | Case No. CV 12-7573-RGK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. HARRINGTON, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 21, 2013

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE